# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEROLD S. RAWSON, on behalf of plaintiff and a class, | Case No. 11-cv-8972 |
| Plaintiff, | Judge: Bucklo |
| v. | Magistrate Judge: Valdez |
| SOURCE RECEIVABLES MANAGEMENT, LLC, RESURGENT CAPITAL SERVICES, L.P., ALEGIS GROUP LLC, and LVNV FUNDING, LLC, | |
| Defendants. | |

**FINAL APPROVAL ORDER AND JUDGMENT**

This Court, upon a hearing held on Friday, January 12, 2018, of which notice was given in line with this Court's prior order preliminarily approving a proposed class settlement (Dkt #329-1), with counsel for Plaintiff Jerold Rawson and counsel for Defendants Source Receivables Management, LLC ("Source"), Resurgent Capital Services, L.P. ("Resurgent"), Alegis Group LLC ("Alegis") and LVNV Funding, LLC, ("LVNV") present, noting that the parties dispute the claims on the merits and concede no arguments in support of their positions but have, nevertheless, agreed to settle their claims, and now being fully advised –

(1)    FINDS that on February 13, 2013, the following classes and subclass were previously certified:

Class One: All individuals in the United States (b) to whom defendant Source sent a letter in the form represented by Exhibit A (c) that refers to Resurgent as the "client" of Source and (d) does not otherwise identify the party claiming to be the current owner of the debt, (e) which letter was sent on or after December 19, 2010 and on or before January 8, 2012.

Subclass: All class members with respect to whom LVNV Funding, LLC was the alleged current owner.

Class Two: All individuals in Illinois (b) to whom Source (c) sent a letter seeking to collect a debt (d) which debt was a credit card debt on which the last payment had been made more than five years prior to the letter (e) which letter was sent on or after December 19, 2010 and on or before January 8, 2012.

(2) FINDS that Edelman, Combs, Latturner & Goodwin, LLC was appointed Class Counsel on February 13, 2013.

(3) FINDS that notice was given to the proper federal and state authorities under the Class Action Fairness Act (28 U.S.C. §1715) in a timely way, and thus that the question of final approval is now ripe for consideration;

(4) FINDS that no class members requested exclusion, no class members objected to the settlement, and no class members filed an appearance or personally appeared before the Court at the hearing;

(5) FINDS that the settlement provides fair, adequate and reasonable relief to class members;

(6) FINDS, upon review of the factors used to judge class action settlement agreements set forth in *Pearson v. NBTY, Inc*., 772 F.3d 778 (7th Cir. 2014), *Redman v. RadioShack Corp*., 768 F.3d 622 (7th Cir. 2014) and *Eubank v. Pella Corp*., 753 F.3d 718 (7th Cir. 2014) and other cases, that the settlement warrants final approval; and therefore

(7) FINALLY APPROVES THE CLASS ACTION SETTLEMENT BETWEEN THE PARTIES IN THIS CASE, with the specific approval of

    (A) the award of $7,000 to Jerold Rawson,

    (B) payment of $93,000.00 to Settlement Class Members

      (C)    a full refund of all monies collected from members of Class Two;

      (D)    an award of $235,000 to Class Counsel for attorney's fees and costs;

      (E)    the release found in the Class Settlement Agreement, *See* Dkt #329, Appendix 1, ¶12.

The litigation is now DISMISSED WITH PREJUDICE pursuant to the settlement, as to plaintiff and all class members. The Clerk is directed to terminate the action.

SO ORDERED on <u>January 23, 2018</u>.

FOR THE COURT:

*[signature: Elaine E. Bucklo]*

Judge Elaine Bucklo
United States District Court Judge
Northern District of Illinois